IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | |
|---|---|
| In re<br><br>**316-318 GUILFORD AVENUE, LLC**<br><br>Debtor | Bankruptcy Case: 25-12961-DER<br><br>Chapter 11 |

**THE UNITED STATES TRUSTEE'S MOTION
TO STAY ALL PROCEEDINGS ON HIS
MOTION TO CONVERT CASE TO CHAPTER 7 OR DISMISS CASE,
INCLUDING THE HEARING SCHEDULED FOR OCTOBER 28, 2025,
IN LIGHT OF LAPSE OF APPROPRIATIONS**

The United States Trustee for Region 4 moves under Fed. R. Bankr. P. 9013, and under all other applicable statutes and rules, for a stay of all proceedings on his Motion to Convert Case to Chapter 7 or Dismiss Case, filed as document 29 in the above-captioned case (the "Motion"), including, but not limited to, the hearing on the Motion scheduled for October 28, 2025, and as grounds therefor, states as follows:

1. At the end of the day on September 30, 2025, the appropriations act that had been funding the Department of Justice expired and appropriations to the Department lapsed. The Department does not know when funding will be restored by Congress.

2. Absent an appropriation or continuing resolution, Department of

Justice attorneys and employees, including the United States Trustee and his staff, are prohibited from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342.

3. Undersigned counsel for the Department of Justice, through the United States Trustee, therefore, requests a stay of all proceedings on the Motion until Congress has restored appropriations to the Department.

4. If this motion for a stay is granted, undersigned counsel will notify the Court as soon as Congress has appropriated funds for the Department, including the United States Trustee Program. The United States Trustee requests that, at that point, all current deadlines for the parties be extended commensurate with the duration of the lapse in appropriations – i.e., each deadline would be extended by the total number of days of the lapse in appropriations.

5. Counsel for Debtor has authorized counsel for the United States Trustee to state that he consents to the relief sought in this motion.

**WHEREFORE**, although we greatly regret any disruption caused to the Court and the other litigants, the United States Trustee hereby moves for a stay of all proceedings on the Motion, including, but not limited to, the hearing currently scheduled for October 28, 2025, until Department of Justice attorneys are permitted

- 3 -

to resume their usual civil litigation functions.

                                              Respectfully submitted,

Dated: October 20, 2025          Matthew W. Cheney
                                              Acting United States Trustee for Region 4

                                              By: */s/ Hugh M. Bernstein*
                                              Hugh M. Bernstein
                                              Fed. Bar No.: 23489
                                              United State Department of Justice
                                              101 West Lombard Street
                                              Baltimore, Maryland 21201
                                              (410) 962-4300
                                              E-mail:  hugh.m.bernstein@usdoj.gov

**CERTIFICATE OF SERVICE**

   I HEREBY CERTIFY that on October 20, 2025, a copy of the foregoing document was filed electronically in the United States Bankruptcy Court for the District of Maryland, and that according to the Court's CM/ECF system electronic notice of this document should be provided to the following persons:

- **Hugh M. (UST) Bernstein** hugh.m.bernstein@usdoj.gov
- **Seth W Diamond** sdiamond@shulmanrogers.com, w.sr69548@notify.bestcase.com
- **Gary S Poretsky** gary@plgmd.com, phoenixlawgroupllc@jubileebk.net
- **Barton J. Sidle** bsidle@rossalbers.com, bsidle@estatelawmd.com
- **Benjamin Smith** bsmith@shulmanrogers.com, vdeguzman@shulmanrogers.com;MZawalick@shulmanrogers.com;tlong@shulmanrogers.com;cwarren@shulmanrogers.com
- **US Trustee - Baltimore**  USTPRegion04.BA.ECF@USDOJ.GOV

              */s/ Hugh M. Bernstein*
              Hugh M. Bernstein