Entered: October 21st, 2025
Signed: October 20th, 2025

**SO ORDERED**

FURTHER ORDERED, that in any event the United States Trustee shall submit a status report on or before December 1, 2025, at which time the Court will determine whether (or the extent to which) the stay will remain in effect.



DAVID E. RICE
U. S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | |
|---|---|
| In re<br><br>**316-318 GUILFORD AVENUE, LLC**<br><br>Debtor | Bankruptcy Case: 25-12961-DER<br><br>Chapter 11 |

### ORDER STAYING ALL PROCEEDINGS ON
### THE UNITED STATES TRUSTEE'S
### MOTION TO CONVERT CASE TO CHAPTER 7 OR DISMISS CASE

Upon consideration of the United States Trustee's motion to stay all proceedings on his Motion to Convert Case to Chapter 7 or Dismiss Case, it is, by the United States Bankruptcy Court for the District of Maryland,

**ORDERED,** that the Motion is hereby **GRANTED**, and that all proceedings on the United States Trustee's Motion to Convert Case to Chapter 7 or Dismiss Case (ECF 29), are stayed until further notice by this Court. And it is,

**FURTHER ORDERED**, that the hearing scheduled for October 28, 2025, on

the United States Trustee's Motion to Convert Case to Chapter 7 or Dismiss Case is continued to a date and time to be set forth in a subsequent order of this Court.

cc:   Hugh M. Bernstein
       Gary S. Poretsky
       Seth W. Diamond
       Barton J. Sidle
       Benjamin Smith

**[END OF ORDER]**